# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                              **DATE:** March 6, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
YOUNES et al                                             **DOCKET NO. 13-cv-3500(RMB)**
  v.
7-ELEVEN, INC. et al

**APPEARANCES:**
Steven Angstreich & Amy Brandt, Esqs. for Plaintiffs
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Defendants

  7-ELEVEN, INC.                                         **DOCKET NO. 13-cv-3715(MAS)**
  v.
  SODHI et al

**APPEARANCES:**
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Plaintiff
Evan Goldman, Esq. for Defendants

  NAIK et al                                             **DOCKET NO. 13-cv-4578(RMB)**
  v.
  7-ELEVEN, INC.

**APPEARANCES:**
Gerald Marks and Evan Goldman, Esqs. for Plaintiffs
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**    Motion Hearing
Hearing on MOTION for Sanctions *(Discovery)* filed by Younes and Naik Plaintiffs.
(Doc. No. [163] in 13-3500(RMB) and Doc. No. [231] in 13-3715(MAS).)
Ordered hearing continued to 3/13/2015 at 2:00 p.m.

Hearing on Motion to Compel *Depositions*, filed by Younes and Naik Plaintiffs.
(Doc. No. [203] in 13-3500(RMB).)
Ordered Motion DENIED.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

Hearing on Cross MOTION to Strike Brief in Opposition to Motion, filed by 7-Eleven, Inc.
(Doc. No. [231] in 13-3500(RMB) and Doc. No. [264] in 13-3715(MAS).)
Decision reserved.

Hearing on MOTION to Compel *Production of Metadata*, filed by Younes and Naik Plaintiffs.
(Doc. No. [233] in 13-3500(RMB), Doc. No. [268] in 13-3715(MAS) and Doc. No. [230] in 13-4578(RMB).)
Ordered Motion GRANTED.

Hearing on Cross MOTION for Protective Order *Against Production of Metadata*, filed by 7-Eleven, Inc.
(Doc. No. [247] in 13-3500(RMB) and Doc. No. [277] in 13-3715(MAS).)
Ordered Motion DENIED.

Hearing on MOTION for Protective Order *to Postpone the Deposition of Mark Stinde*, filed by 7-Eleven, Inc.
(Doc. No. [248] in 13-3500(RMB) and Doc. No. [278] in 13-3715(MAS).)
Ordered Motion GRANTED.

Orders to be entered.

                                                    s/Sarah Eckert
                                                    **DEPUTY CLERK**

**TIME COMMENCED:** 1:30 p.m.
**TIME ADJOURNED:** 5:30 p.m.
**TOTAL TIME:** 4 hours