[Doc. No. 248]

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:   Susan V. Metcalfe
      Allison S. Khaskelis
1940 Route 70 East, Suite 200
Cherry Hill, NJ  08003
Telephone: +1 856 874 4200
Fax: +1 856 424 4446

*Attorneys for 7-Eleven, Inc.*                          **ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YOUNES, et al., | Plaintiff, | |
| v. | | No. 13-3500 RMB/JS |
| 7-ELEVEN, INC., | Defendant. | |
| NAIK, et al., | Plaintiff, | |
| v. | | No. 13-4578 RMB/JS |
| 7-ELEVEN, INC., | Defendant. | |
| 7-ELEVEN, INC., | Plaintiff, | |
| v. | | No. 13-3715 MAS/DEA |
| SODHI, et al., | Defendants. | |

[~~PROPOSED~~] ORDER GRANTING MOTION OF 7-ELEVEN, INC.
FOR A PROTECTIVE ORDER

DM1\5445142.1

On March 6, 2015, the motion of 7-Eleven, Inc. for a protective order came before this Court, pursuant to Local Civ. R. 7.1, 37.1 and Federal Rule of Civil Procedure 26(c).

Having considered all papers submitted in support of and in opposition to 7-Eleven's motion (if any), the record in this action, and the oral argument, and good cause appearing therefore, it is hereby

ORDERED that:

1.  7-Eleven's Motion for Protective Order is GRANTED.

2.  The deposition of Mark Stinde shall commence at 9:30 a.m. on April 1, 2015 at the offices of Duane Morris LLP, 1940 Route 70 East, Suite 200, Cherry Hill, NJ 08003.


Dated: March 9th, 2015

By: _____
HON. JOEL SCHNEIDER, U.S.M.J.