IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| SAM YOUNES, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>7-ELEVEN, INC.,<br><br>    Defendant. | Civil No. 13-3500 (RMB/JS) |

**O R D E R**

The Court having heard oral argument on March 13, 2015, on the application presented by 7-Eleven's counsel,

IT IS HEREBY ORDERED this 13th day of March, 2015, that in order to preserve potentially relevant evidence, absent further Order of the Court or unless accompanied by 7-Eleven corporate personnel, no person shall enter the "back office" of Store #11008, 340 North Broadway Avenue, Pitman, New Jersey.

            s/Joel Schneider
            JOEL SCHNEIDER
            United States Magistrate Judge