**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

**OFFICE:** CAMDEN                                   **DATE:** March 13, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
  YOUNES et al                                **DOCKET NO. 13-cv-3500(RMB)**
    v.
  7-ELEVEN, INC. et al

**APPEARANCES:**
Steven Angstreich & Amy Brandt, Esqs. for Plaintiffs
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Defendants

  7-ELEVEN, INC.                              **DOCKET NO. 13-cv-3715(MAS)**
    v.
  SODHI et al

**APPEARANCES:**
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Plaintiff
Evan Goldman, Esq. for Defendants

  NAIK et al                                  **DOCKET NO. 13-cv-4578(RMB)**
    v.
  7-ELEVEN, INC.

**APPEARANCES:**
Gerald Marks and Evan Goldman, Esqs. for Plaintiffs
Susan Metcalfe, Sheila Wiggins and Matthew Grant, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**    Motion Hearing

Hearing on MOTION for Sanctions *(Discovery)* filed by Younes and Naik Plaintiffs.
(Doc. No. [163] in 13-3500(RMB) and Doc. No. [231] in 13-3715(MAS).)
MOTION TAKEN UNDER ADVISMENT.
Order to be entered.
Ordered Conference to address discovery disputes set for 3/27/2015 at 2:00 p.m.
Order to be entered.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

<u>s/Sarah Eckert</u>
**DEPUTY CLERK**

**TIME COMMENCED:** 2:00 p.m.
**TIME ADJOURNED:**   5:00 p.m.
**TOTAL TIME:** 3 hours