# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                      **DATE:** March 30, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
YOUNES et al                                            **DOCKET NO. 13-cv-3500(RMB)**
  v.
7-ELEVEN, INC. et al

**APPEARANCES:**
No appearance on behalf of Plaintiffs
Susan Metcalfe and Adrienne Gittens, Esqs. for Defendant

  7-ELEVEN, INC.                                        **DOCKET NO. 13-cv-3715(MAS)**
    v.
  SODHI et al

**APPEARANCES:**
Susan Metcalfe and Adrienne Gittens, Esqs. for Plaintiff
No appearance on behalf of Defendants

  NAIK et al                                            **DOCKET NO. 13-cv-4578(RMB)**
    v.
  7-ELEVEN, INC.

**APPEARANCES:**
No appearance on behalf of Plaintiffs
Susan Metcalfe and Adrienne Gittens, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**    Status Conference
Status Conference to review documents continued.
Courtroom sealed.
Ordered M. Stindy sworn.  M. Stindy sworn.
Order to be entered.

                                                        s/Sarah Eckert
                                                        **DEPUTY CLERK**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**TIME COMMENCED:** 2:05 p.m.
**TIME ADJOURNED:**   3:45 p.m.
**TOTAL TIME:** 1 hour 40 minutes