# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                               **DATE:** April 1, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
 YOUNES et al                                    **DOCKET NO. 13-cv-3500(RMB)**
  v.
 7-ELEVEN, INC. et al

**APPEARANCES:**
Steven Angstreich, Esq. for Plaintiffs
Stephen Sussman, Esq. for Defendants

 7-ELEVEN, INC.                                  **DOCKET NO. 13-cv-3715(MAS)**
  v.
 SODHI et al

**APPEARANCES:**
Stephen Sussman, Esq. for Plaintiff
Gerald Marks, Esq. for Defendants

 NAIK et al                                      **DOCKET NO. 13-cv-4578(RMB)**
  v.
 7-ELEVEN, INC.

**APPEARANCES:**
Gerald Marks, Esq. for Plaintiffs
Stephen Sussman, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**   Telephone Status Conference

Telephone Conference re: deposition issue held on the record.

                                       s/Sarah Eckert
                                       **DEPUTY CLERK**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Minutes of Proceedings**

**TIME COMMENCED:** 11:12 a.m.
**TIME ADJOURNED:**   11:23 a.m.
**TOTAL TIME:** 11 minutes