LAW OFFICES
# WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership

THE LIBERTY VIEW BUILDING
SUITE 420
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

(856) 740-1490
(856) 740-1491 FAX

Steven E. Angstreich
Member of PA and NJ Bars

E-mail: sangstreich@weirpartners.com

April 20, 2015

**VIA ELECTRONIC FILING**
Honorable Joel Schneider, USMJ
Mitchell H. Cohen U.S. Courthouse
Room 2060
1 John F. Gerry Plaza
Fourth and Cooper Streets
P.O. Box 2797
Camden, NJ 08101

   Re: Younes, et al. v. 7-Eleven, Inc.
      No. 1:13-cv-3500-RMB-JS

Dear Judge Schneider:

  Your Honor has just entered an Order permitting the filing of supplemental briefs with respect to Plaintiffs' Motion to Quash. The return date for submitting the briefs is April 30, 2015. We respectfully request that since 7-Eleven requested the opportunity to file a supplemental brief, that its submission be filed by Friday, April 24, 2015 and that Plaintiffs' reply to both 7-Eleven's opposition and supplemental submission be filed on April 30, 2015. Under the Federal Rules, only Plaintiffs would have had an opportunity to submit any further brief in connection with their motion. Thus, Plaintiffs should have the right to file the last submission.

                  Respectfully,

                  Steven E. Angstreich

SEA:b

**WEIR & PARTNERS LLP**
A Pennsylvania Limited Liability Partnership

Honorable Joel Schneider, USMJ
April 20, 2015
Page 2

cc:  Susan V. Metcalfe, Esquire
    Stephen Sussman, Esquire
    Gerald A. Marks, Esquire
    Evan Matthew Goldman, Esquire
    Mr. Tamer G. Atalla/Mr. Sam Younes