# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                      **DATE:** May 18, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
YOUNES et al                      **DOCKET NO. 13-cv-3500(RMB)**
  v.
7-ELEVEN, INC. et al

**APPEARANCES:**
Steven Angstreich and Amy Brandt, Esqs. for Plaintiffs
Sheila Wiggins and Matthew Grant, Esqs. for Defendants

7-ELEVEN, INC.                      **DOCKET NO. 13-cv-3715(MAS)**
  v.
SODHI et al

**APPEARANCES:**
Sheila Wiggins and Matthew Grant, Esqs. for Plaintiff
Gerald Marks, Esq. for Defendants

NAIK et al                           **DOCKET NO. 13-cv-4578(RMB)**
  v.
7-ELEVEN, INC.

**APPEARANCES:**
Gerald Marks, Esq. for Plaintiffs
Sheila Wiggins and Matthew Grant, Esqs. for Defendant

**NATURE OF PROCEEDINGS:** Status Conference
In-person Status conference held on the record.

                                                 s/Sarah Eckert
                                                 **DEPUTY CLERK**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

**TIME COMMENCED:** 4:07 p.m.
**TIME ADJOURNED:**  5:27 p.m.
**TOTAL TIME:**  1 hour 20 minutes