# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                               **DATE:** June 1, 2015

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**
 YOUNES et al                                    **DOCKET NO. 13-cv-3500(RMB)**
  v.
 7-ELEVEN, INC. et al

**APPEARANCES:**
Amy Brandt, Esq. for Plaintiffs
Sheila Wiggins, Stephen Sussman and Matthew Grant, Esqs. for Defendants

 7-ELEVEN, INC.                                  **DOCKET NO. 13-cv-3715(MAS)**
  v.
 SODHI et al

**APPEARANCES:**
Sheila Wiggins, Stephen Sussman and Matthew Grant, Esqs. for Plaintiff
Gerald Marks, Esq. for Defendants

 NAIK et al                                      **DOCKET NO. 13-cv-4578(RMB)**
  v.
 7-ELEVEN, INC.

**APPEARANCES:**
Gerald Marks, Esq. for Plaintiffs
Sheila Wiggins, Stephen Sussman and Matthew Grant, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**   Motion Hearing and Discovery Conference
Hearing on Motion to Compel *Depositions of DePinto and Rebelez*, (Document No. [274] in Naik case, Civil No. 13-4578.)
Motion Hearing to be continued after break for lunch.
Motion Hearing resumes.
Ordered Motion DENIED.
Order to be entered.
Discovery Conference held on the record.
Order to be entered.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 11:19 a.m.
**TIME ADJOURNED:**     2:27 p.m.
**TOTAL TIME:**  1 hour 46 minutes