[Doc. No. 337, C.A. 13-3715,
Doc. No. 274, C.A. 13-4578]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM YOUNES, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC.,<br><br>            Defendant. | Civil No. 13-3500 (RMB/JS) |
| 7-ELEVEN,<br><br>            Plaintiff,<br><br>    v.<br><br>KARAMJEET SODHI, et al.,<br><br>            Defendants. | Civil No. 13-3715 (MAS/JS) |
| NEIL NAIK, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC.,<br><br>            Defendant. | Civil No. 13-4578 (RMB/JS) |

**O R D E R**

This matter is before the Court on the Motion to Compel Depositions of Joseph DePinto and Darren Rebelez filed by the

1

Sodhi defendants and Naik plaintiffs; and the Court having received 7-Eleven's opposition and the moving parties' reply; and the Court having conducted oral argument on June 1, 2015; and this Order intending to confirm the Court's ruling made on the record; and for the reasons stated on the record,

IT IS HEREBY ORDERED this 2nd day of June, 2015, that the moving parties' motion is DENIED without prejudice. If the motion is re-filed, the motion shall be filed by no later than July 24, 2015.

                                    s/Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge