IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM YOUNES, et al.,<br>    Plaintiffs,<br><br> v.<br><br>7-ELEVEN, INC.,<br>    Defendant. | Civil No. 13-3500 (RMB/JS) |
| 7-ELEVEN,<br>    Plaintiff,<br><br> v.<br><br>KARAMJEET SODHI, et al.,<br>    Defendants. | Civil No. 13-3715 (MAS/JS) |
| NEIL NAIK, et al.,<br>    Plaintiffs,<br><br> v.<br><br>7-ELEVEN, INC.,<br>    Defendant. | Civil No. 13-4578 (RMB/JS) |

**O R D E R**

  The Court having held oral argument on all outstanding discovery and scheduling issues on June 1, 2015; and this Order

intending to confirm the Court's rulings; and for good cause shown,

IT IS HEREBY ORDERED this 2nd day of June, 2015, as follows:

1. The deadline for 7-Eleven to file an appeal from any aspect of the Court's May 21, 2015 Order [C.A. No. 13-3500, Doc. No. 337] is STAYED. The trigger date for filing an appeal of the Order shall run from the date the Order is entered deciding the <u>Younes</u> plaintiffs' Motion to Quash Subpoena Served Upon Garber Bros., Inc. or to Limit its Scope [C.A. No. 13-3500, Doc. No. 343].

2. 7-Eleven shall respond to the foregoing Garber motion by June 16, 2015. All replies shall be filed by June 23, 2015.

3. By June 5, 2015, the parties shall file their agreed upon list of remaining depositions with names and dates.

4. All 7-Eleven depositions shall be completed by July 15, 2015.

5. All motions to depose 7-Eleven's attorneys shall be filed by July 24, 2015.

                                              s/Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge