IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM YOUNES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-3500 (RMB/JS) |
| 7-ELEVEN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>KARAMJEET SODHI, et al.,<br><br>        Defendants. | Civil No. 13-3715 (MAS/JS) |
| NEIL NAIK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-4578 (RMB/JS) |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the hearing on June 1, 2015; and the Court noting that counsel for all parties appeared.

IT IS this **3rd** day of **June, 2015,** hereby **ORDERED:**

1. By **June 12, 2015,** the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

2. The Court will conduct an in-person status conference in Courtroom 3C on **June 16, 2015 at 3:00 p.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

<pre>
                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge
</pre>