IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM YOUNES, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-3500 (RMB/JS) |
| 7-ELEVEN, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>KARAMJEET SODHI, et al.,<br><br>        Defendants. | Civil No. 13-3715 (MAS/JS) |
| NEIL NAIK, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-4578 (RMB/JS) |

**AMENDED SCHEDULING ORDER**

    IT IS this **3rd** day of **June, 2015,** hereby **ORDERED**:

    1.  The Court will conduct a telephone conference on **June 5, 2015 at 9:00 a.m.**  The purpose of the call is to address the parties' billback issue. Prior to the call, the parties shall meet and confer in-person or by phone about the issue.  **Mr. Marks shall arrange the telephone call.**

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                          s/ Joel Schneider
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge