# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

SHEILA RAFTERY WIGGINS
DIRECT DIAL: +1 973 424 2055
PERSONAL FAX: +1 973 556 1486
E-MAIL: SRWiggins@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

June 5, 2015

**RECEIVED**

JUN 0 8 2015

JOEL SCHNEIDER
U.S. Magistrate Judge

**VIA ECF**

Honorable Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

Re: **7-Eleven, Inc. v Sodhi 3:13-cv-03715**

Dear Judge Schneider:

This firm represents plaintiff 7-Eleven, Inc. regarding the three consolidated actions. The attorneys met and conferred this week regarding the deposition dates. We are still waiting for the confirmation of dates from a few witnesses. Thus, the parties respectfully request that we file early next week the deposition schedule.

Very truly yours,

*/s/ Sheila Raftery Wiggins*
Sheila Raftery Wiggins

SRW:cl

cc: All counsel of record via ECF

→ The Agreed upon deposition schedule shall be filed by no later than June 15, 2015.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800
NEWARK, NJ 07102-5429
DM1\5693780.1

So Ordered this 11th day of June, 2015
JOEL SCHNEIDER, USMJ