

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

 CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey  08101
(856) 757-5446

**LETTER ORDER
ELECTRONICALLY FILED**
June 12, 2015

Gerald A. Marks, Esquire
Marks & Klein LLP
63 Riverside Avenue
Red Bank, NJ 07701

    **Re:**    **Younes, et al. v. 7-Eleven, Inc.
Civil No. 13-3500 (RMB/JS)
7-Eleven, Inc. v. Sodhi, et al.
Civil No. 13-3715 (MAS/JS)
Naik, et al. v. 7-Eleven, Inc.
Civil No. 13-4578 (RMB/JS)**

Dear Mr. Marks:

    The Court received and reviewed <u>in camera</u> the documents enclosed with your June 8, 2015 letter.  The Court asks you to produce a copy of Exhibit A that is referenced in paragraph 1 of your referenced Exhibits A, B, C, D and E.  The Court needs to review <u>in camera</u> the referenced Exhibit A before it issues its decision.

    Very truly yours,

    *s/ Joel Schneider*

    JOEL SCHNEIDER
    United States Magistrate Judge

JS:jk
cc:  Hon. Renée Marie Bumb
     Hon. Michael A. Shipp
     All Counsel