[Doc. No. 311, C.A. 13-3500,
Doc. No. 348, C.A. 13-3715]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SAM YOUNES, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-3500 (RMB/JS) |
| 7-ELEVEN,<br><br>        Plaintiff,<br><br>  v.<br><br>KARAMJEET SODHI, et al.,<br><br>        Defendants. | Civil No. 13-3715 (MAS/JS) |
| NEIL NAIK, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | Civil No. 13-4578 (RMB/JS) |

**O R D E R**

This matter is before the Court on the "Motion for Clarification and Reconsideration of the Court's April 16, 2015 Order" [Doc. No. 311, C.A. 13-3500, Doc. No. 348, C.A. 13-3715], filed by 7-Eleven. No opposition to the motion was filed. The Court exercises its discretion not to hold oral argument. Fed. R. Civ. P. 78; L. Civ. R. 78.1.

7-Eleven seeks clarification and/or reconsideration of the Court's April 16, 2015 Order setting forth its rulings on the parties' discovery disputes. Specifically, 7-Eleven "requests confirmation and clarification that its interpretation of the [Younes document] requests are in accordance with the Court's orders." Brief at 3. 7-Eleven's request is denied. Since no opposition was filed to 7-Eleven's motion, and a dispute regarding 7-Eleven's position has not been brought to the Court's attention during one of the innumerable discovery conferences in the case, no dispute exists and no clarification is necessary.

Accordingly, for the foregoing reasons, it is hereby ORDERED this 12th day of June, 2015, that 7-Eleven's "Motion for Clarification and Reconsideration" is DENIED.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge